partment. April 19, 1907.) Action by George Brand against Amelia A. Eakins. No opinion. Judgment of the Municipal Court reversed, and new trial ordered, costs to abide the event, on the ground that the plaintiff did not establish that he was the procuring cause of the sale.

---

BRASE, Appellant, v. MILLER et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Eliza A. Brase against John Miller and others. No opinion. Judgment affirmed, with costs.

---

BRAUN v. T. J. BARTLEY & CO. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by August Braun against T. J. Bartley & Co. No opinion. Application denied, with $10 costs. Order signed.

---

In re BROOKLYN BAR ASS'N. (Supreme Court, Appellate Division, Second Department. May 3, 1907.) In the matter of the application of the Brooklyn Bar Association for the removal of Thomas W. Fitzgerald from the office of justice of the Court of Special Sessions of the City of New York for the Second Division, and for the disbarment of the said Thomas W. Fitzgerald as an attorney and counselor of this court. Matter referred to Hon. Henry Bacon to take evidence and report to the court, with his opinion, with all convenient speed.

---

BROWN v. BROWN et al. (Supreme Court, Appellate Division, First Department. April 26, 1907.) Action by Alfred S. Brown against Lee A. Brown and others. No opinion. Motion denied, with $10 costs. Order filed.

---

BROWN, Respondent, v. LEWINSON et al., Appellants. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Benjamin F. Brown against Maximilian Lewinson and another. No opinion. Judgment and order unanimously affirmed, with costs.

---

BURKE, Appellant, v. FRENKEL et al., Respondents. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Margaret Burke against Louis Frenkel and another.

PER CURIAM. The evidence that the window cords were black, dark, dirty, old-looking ropes; that they were, after the accident, pulled apart in the hand; that during a period of two weeks before the accident the hall boy's assistance was required to raise the upper sash; and that he had used an umbrella to keep the upper sash in place while the catch was being secured —raised a question of fact as to the negligence of the defendants, and the direction of a verdict in favor of the defendants was error. Judgment and order reversed, and new trial granted, costs to abide the event. See 89 N. Y. Supp. 621, 97 App. Div. 19.

In re BURNHAM. (Supreme Court, Appellate Division, First Department. April 12, 1907.) In the matter of George Burnham, Jr. No opinion. Motion granted. Present order.

---

In re BYRNES. (Supreme Court, Appellate Division, First Department. April 12, 1907.) In the matter of Matthew Byrnes. No opinion. Motion denied. Order filed.

---

CALLAN, Appellant, v. RODENBECK, Respondent. (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by Richard V. Callan against Adolph J. Rodenbeck. No opinion. Order affirmed, with $10 costs and disbursements.

---

CAMDEN, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by John Camden against the city of New York. No opinion. Judgment and order affirmed, with costs.

---

CARABBA, Respondent, v. BROOKLYN BOROUGH GAS CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Violet Carabba, an infant, etc., against the Brooklyn Borough Gas Company. No opinion. Judgment of the Municipal Court unanimously affirmed, with costs.

---

CARLILE, Appellant, v. NEW YORK CITY RY. CO., Respondent (two cases). (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Actions by Baltie M. Carlile against the New York City Railway Company. No opinion. Judgments of the Municipal Court reversed on consent of the respondent in open court, and new trials ordered; costs to abide the event.

---

CEFOLA, Appellant, v. SIEGEL-COOPER CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action by Donat Cefola against the Siegel-Cooper Company.

PER CURIAM. Order reversed, with costs, and verdict reinstated, with costs. The serious and permanent character of the plaintiff's injuries is undisputed. The record discloses no reason for interfering with the verdict of the jury, and none satisfactory to us has been pointed out.

---

In re CHAMBERLAYNE. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the application of Charles F. Chamberlayne for admission to the bar. No opinion. Application granted.

---

In re CITY OF MIDDLETOWN. CITY OF MIDDLETOWN, Appellant, v. BENNETT et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 10, 1907.) In the matter of the application of the city of Middletown for the appointment of commission-

ers to ascertain the damage caused by the construction of certain dams and reservoirs in the county of Orange. Action by the city of Middletown against Theodore Bennett and others. No opinion. Order affirmed, with $10 costs and disbursements.

**In re CITY OF NEW YORK.** (Supreme Court, Appellate Division, Second Department. April 19, 1907.) In the matter of acquiring title by the city of New York to certain lands and premises situated on the westerly line of White street, the southerly line of McKibbin street, and the northerly line of Siegel street, in the borough of Brooklyn, duly selected as a public playground according to law. Matter referred to Sanders Shanks, Esq., for report, with his opinion.

**CLARK, Appellant, v. BOWERS, Respondent.** (Supreme Court, Appellate Division, Fourth Department. May 1, 1907.) Action by Milton Clark against Henry C. Bowers. PER CURIAM. Judgment and order affirmed, with costs.

McLENNAN, P. J., dissents. KRUSE, J., not voting.

**CLARK, Respondent, v. SHAY et al., Appellants.** (Supreme Court, Appellate Division, Fourth Department. May 8, 1907.) Action by George W. Clark against Edward Shay and others. PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the evidence.

WILLIAMS, J., votes for reversal on the ground that the damages are excessive. SPRING, J., votes for affirmance.

**CLEEVE, Appellant, v. FISCHER-HANSEN, Respondent.** (Supreme Court, Appellate Division, First Department. May 10, 1907.) Action by Henry F. Cleeve against Carl Fischer-Hansen. L. C. Ferguson, for appellant. M. D. Steuer, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

**In re COHEN.** (Supreme Court, Appellate Division, First Department. November, 1906.) In the matter of Nathaniel Cohen. Opinion by O'BRIEN, P. J.* Application dismissed.

**COLNON, Appellant, v. BUCKLEY et al., Respondents.** (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Aaron J. Colnon against Daniel Buckley and others. No opinion. Motion denied, with $10 costs.

**COLT, Plaintiff, v. O'CONNOR et al., Defendants.** (Supreme Court, Appellate Division, Second Department. May 10, 1907.) Action

*Opinion withheld from publication by direction of the court.

by Flora A. Colt against Cornelius O'Connor, individually, etc., and others. No opinion. Motion for stay denied, with costs.

**COMMISSIONER OF PUBLIC CHARITIES OF CITY OF NEW YORK, Respondent, v. FARLEY, Appellant.** (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by the commissioner of public charities of the city of New York, on the complaint of Margaret Prendergast, against William H. Farley. No opinion. Order of filiation affirmed, without costs.

**CONNELL, Appellant, v. BRINCKERHOFF et al., Respondents.** (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Nora A. Connell against Joseph D. Brinckerhoff and others. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Margaret A. Connell v. New York, Ontario & Western Railway Company (decided April 19, 1907) infra.

**CONNELL, Appellant, v. BRINCKERHOFF et al., Respondents.** (Supreme Court, Appellate Division, Second Department. May 3, 1907.) Action by Margaret A. Connell against Joseph D. Brinckerhoff and others. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Margaret A. Connell v. New York, Ontario & Western Railway Company (decided April 19, 1907) infra.

**CONNELL, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Margaret A. Connell against the New York, Ontario & Western Railway Company. No opinion. Order reversed on argument, with $10 costs and disbursements, and motion granted to change the place of trial from the county of Kings to the county of Orange, with $10 costs to abide the event.

**CONNELL, Respondent, v. NEW YORK, O. & W. RY. CO., Appellant.** (Supreme Court, Appellate Division, Second Department. April 19, 1907.) Action by Nora A. Connell against the New York, Ontario & Western Railway Company. No opinion. Order reversed on argument, and motion granted, without costs.

**CONNOR, Respondent, v. HARRY, Appellant.** (Supreme Court, Appellate Division, Fourth Department. September, 1906.) Action by Cora Stryker Connor against Burt Harry. PER CURIAM. Judgment affirmed, with costs.

SPRING, J., dissents.

**In re COOL.** (Supreme Court, Appellate Division, Second Department. May 3, 1907.) In the matter of the application of James W. Cool for admission to the bar. Application granted.